**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **LEONA MCCONATHY, ET AL** | **CASE NO. 3:17-cv-00622** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WAL-MART LOUISIANA, LLC, ET AL** | **MAGISTRATE JUDGE HAYES** |

**MOTION TO REMAND**

NOW INTO COURT, through undersigned counsel, come plaintiffs, Leona McConathy and Eddie McConathy, who herein move this Honorable Court to remand the above entitled and numbered cause of action to the 2nd Judicial District Court, Parish of Jackson, State of Louisiana, as there is not full diversity among the parties as required for subject matter jurisdiction, because defendant, Angela Moore, is a citizen of Louisiana and has been properly joined as a defendant based on plaintiffs' allegations in their Petition.  For the reasons more fully stated in the Memorandum in Support of this Motion attached herein, plaintiffs' Motion to Remand should be granted, remanding this matter to state court for further proceedings.  Alternatively, if the Court does not grant the pending motion based on plaintiffs' allegations contained in the Petition, plaintiffs request time to conduct discovery and submit additional briefs on the issue of whether Ms. Moore was properly joined.

WHEREFORE, plaintiffs, Leona McConathy and Eddie McConathy, further pray that this matter be remanded to state court.  Plaintiffs further pray for all general and equitable relief to which they might be entitled.

1

Respectfully submitted,

**COLVIN, SMITH, & McKAY**

By: /S/James H. Colvin, Jr.
James H. Colvin, Jr., T.A., Bar Roll No. 21532
Cole B. Smith, Bar Roll No. 30063
C. Taunton Melville, Bar Roll No. 33275
Daniel N. Bays, Jr., Bar Roll No. 34439
522 East Main Street
Homer, LA 71040
Telephone: (318) 927-6149
Facsimile: (318) 927-9649

&

**LAW OFFICE OF JEFFREY L. ROBINSON**
JEFFREY L. ROBINSON, Bar Roll #23916
215 6th Street, Suite B
Jonesboro, Louisiana 71251
Tel: (318) 259-9024
Fax: (318) 259-8603

*Attorneys for Plaintiffs, Leona and Eddie McConathy*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2017, a copy of the foregoing Motion to Remand was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Thus done and signed this 9th day of June, 2017.

              /S/James H. Colvin, Jr._____
                 Of Counsel