UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **LEONA MCCONATHY, ET AL.** | * | **CIVIL ACTION NO. 17-0622** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **WAL-MART LOUISIANA, L.L.C., ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Plaintiffs' Motion to Remand [Doc. No. 10] is DENIED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims against Defendants John Doe and Jim Doe are DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 4th day of December, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE